**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 245 EAL 2017
:
                Respondent : Petition for Allowance of Appeal from
: the Order of the Superior Court
:
             v. :
:
:
:
VINCENT YANT, :
:
             Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.